**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>                              Plaintiff,<br><br>v.<br><br>PAUL H. LILJESTRAND PARTNERS LIMITED PARTNERSHIP, et al.,<br><br>                              Defendants. | Case No.:  19-CV-01638 W (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 14]** |

Parties have filed a joint motion to dismiss with prejudice.  [Doc. 14.]  Good cause appearing, the Court **GRANTS** the joint motion.  This action is dismissed **WITH PREJUDICE**.  Per the terms of the joint motion, each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated:  January 9, 2020

_____
Hon. Thomas J. Whelan
United States District Judge

1